PER CURIAM.
Affirmed. See Straughn v. Tuck, 354 So.2d 368 (Fla.1977); Greenwood v. Oates, 251 So.2d 665 (Fla.1971); United States Gypsum Co. v. Green, 110 So.2d 409 (Fla.1959); Robbins v. Yusem, 559 So.2d 1185 (Fla. 3d DCA), review denied, 569 So.2d 1282 (Fla.1990); Bystrom v. Union Land Inv., Inc., 477 So.2d 585 (Fla. 3d DCA 1985), review denied, 488 So.2d 69 (Fla.1986); Withers v. Metropolitan Dade County, 290 So.2d 573 (Fla. 3d DCA 1974).